**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8342**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

SAILE JEAN, a/k/a Shorty Black, a/k/a Jean Saile, a/k/a
Desire Jean Sallier, a/k/a Blackie,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Solomon Blatt, Jr., Senior
District Judge.  (9:01-cr-01117-SB-1)

Submitted:  March 17, 2009          Decided:  March 23, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Saile Jean, Appellant Pro Se.   Peter Thomas Phillips, Assistant
United States Attorney, Charleston, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saile Jean appeals the district court's order granting relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006).  We find no reversible error in the district court's grant of Jean's motion, and we thus affirm for the reasons stated by the district court.  United States v. Jean, No. 9:01-cr-01117-SB-1 (D.S.C. Sept. 29, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED